**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7222**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DERRICK GRATE,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CR-93-161-A, CA-97-837-AM)

---

Submitted:  December 11, 1997        Decided:  December 31, 1997

---

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Derrick Grate, Appellant Pro Se.  John Patrick Rowley III, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. The district court did not err in concluding that Appellant's conduct amounted to "use" within the meaning of 18 U.S.C. § 924(c) (1994). See United States v. Smith, 508 U.S. 233 (1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2